Jim Mackie, SBN 013314
Christopher M. Pastore, SBN 026340
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
3430 E. Sunrise Drive, Suite 220
Tucson, AZ 85718
Telephone: 520.544.0300
Fax: 520.544.9675
jim.mackie@ogletreedeakins.com
christopher.pastore@ogletreedeakins.com

Attorneys for Defendants Metropolitan Life Insurance Company and Marsden Bldg Maintenance, L.L.C. Welfare Benefit Plan No. 502

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Charles Rice, a single man,<br><br>    Plaintiff,<br><br>  v.<br><br>Metropolitan Life Insurance Company, a plan fiduciary; and Marsden Bldg Maintenance, L.L.C. Welfare Benefit Plan No. 502, an ERISA benefit plan,<br><br>    Defendants. | No. 2:16-cv-00438-PHX-ROS<br><br>**NOTICE OF RESOLUTION** |

Defendants Metropolitan Life Insurance Company and Marsden Bldg. Maintenance, L.L.C. Welfare Benefit Plan No. 502, and Plaintiff Louis Charles Rice, by and through undersigned counsel, hereby give notice to the Court that the above-captioned matter has been resolved. The parties expect to submit dismissal paperwork for the Court's approval within the next 30 days.

RESPECTFULLY SUBMITTED this 20th day of June, 2016.

| OBER & PEKAS, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: s/Erin Rose Ronstadt (with permission)<br>　　Erin Rose Ronstadt<br>　　Kristin Kalani<br>　　Kevin Koelbel<br>　　3030 North 3rd Street, Suite 1230<br>　　Phoenix, AZ  85012<br>　　Attorneys for Plaintiff | By:　s/ Jim Mackie<br>　　Jim Mackie<br>　　Christopher M. Pastore<br>　　3430 E. Sunrise Drive, Suite 220<br>　　Tucson, AZ  85718<br>　　Attorneys for Defendants<br>　　Metropolitan Life Insurance Company<br>　　and Marsden Bldg Maintenance,<br>　　L.L.C. Welfare Benefit Plan No. 502 |

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3430 E. SUNRISE DRIVE, SUITE 220
TUCSON, AZ 85718
TELEPHONE: 520.544.0300